IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LORENA WISE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:23-CV-00663-VMC |
| v. | ) | |
| | ) | |
| JOHN DOE; ARKA EXPRESS, | ) | |
| INC. & BJT EXPRESS INC. d/b/a | ) | |
| BULLPEN EXPRESS INC.; and | ) | |
| AMERICAN HALLMARK | ) | |
| INSURANCE COMPANY OF | ) | |
| TEXAS, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SETTLEMENT**

COME NOW plaintiff and defendants and hereby notify the Court that they have reached a full and final settlement of all issues and claims in this action. The parties anticipate filing a stipulation of dismissal with prejudice in the near future and, in the meantime, ask the Court to excuse them from all deadlines.

Respectfully submitted, this 15th day of March, 2023.

-2-

| WLG ATLANTA, LLC | STONE KALFUS LLP |
|---|---|
| */s/ Johnquel E. Neal* | */s/ Shawn N. Kalfus* |
| Johnquel E. Neal | Matthew P. Stone |
| Georgia Bar No. 214455 | Georgia Bar No. 684513 |
| Bank of America Plaza | Shawn N. Kalfus |
| 600 Peachtree Street, NE | Georgia Bar No. 406227 |
| Suite 4010 | Aleksandra Mitchell |
| Atlanta, GA 30308 | Georgia Bar No. 136019 |
| (470) 881-8804 (telephone) | One Midtown Plaza |
| (470) 408-5662 (facsimile) | 1360 Peachtree Street NE, Suite 1250 |
| johnquel.neal@witheritelaw.com | Atlanta, GA 30309 |
| Attorneys for Plaintiff | (404) 736-2600 (telephone) |
| | (877) 736-2601 (facsimile) |
| | matt.stone@stonekalfus.com |
| | shawn.kalfus@stonekalfus.com |
| | alex.mitchell@stonekalfus.com |
| | Attorneys for Defendants |