IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORENA WISE,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN DOE, et al.,<br><br>  Defendants. | Civil Action No.<br>1:23-cv-00663-VMC |

**ORDER**

On March 15, 2023, the parties filed a Notice of Settlement indicating that the Parties reached a settlement and that in the near future they would be filing a stipulation of dismissal with prejudice. (Doc. 9). On May 1, 2023, the Court directed the parties to file a status report or stipulation of dismissal by May 15, 2023. (Doc.10). Nothing further has been filed since that point.

Accordingly, **IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next **THIRTY (30) DAYS**, to reopen this action or vacate this order of dismissal. It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted

by this Order, the action will stand as dismissed with prejudice.

    **SO ORDERED** this 30th day of May, 2023.

                                            Victoria Marie Calvert
                                            United States District Judge